# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| LEHMAN LODEN, etc., et al., | ) |
| | ) |
|     **Plaintiffs,** | ) |
| | ) |
| v. | ) CIVIL ACTION 16-0634-WS-MU |
| | ) |
| BIMBO BAKERIES USA, INC., | ) |
| | ) |
|     **Defendant.** | ) |

## JUDGMENT

In accordance with the parties' proposed stipulated final judgment, (Doc. 15-1), and in accordance with the Court's order finding that the parties' proposed resolution of the FLSA claims is fair and reasonable, (Doc. 14), it is **ordered, adjudged** and **decreed** that the plaintiffs shall have and recover nothing of the defendant under their FLSA claims, and judgment as to such claims is entered in favor of the defendant. The plaintiffs' claims under the FLSA are **dismissed with prejudice**.

DONE this 3rd day of May, 2017.

                                                             s/ WILLIAM H. STEELE
                                                             UNITED STATES DISTRICT JUDGE